■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE SANTIAGO, Appellant. [660 NYS2d 969] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on or about September 16, 1994, unanimously affirmed. The unpublished decision and order of this Court entered herein on April 29, 1997 is hereby recalled and vacated. No opinion. Concur—Murphy, P. J., Sullivan, Rosenberger, Rubin and Andrias, JJ.